IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAMON ARMENDARIZ,

       Petitioner,

  v.

JEAN HILL,

       Respondent.

Civil No. 04-1387-AS

ORDER

ASHMANSKAS, Magistrate Judge.

IT IS ORDERED that Petitioner's Unopposed Motion to Dismiss Habeas Petition Without Prejudice (#33) is GRANTED. All other pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

DATED this __15__ day of December, 2005.

                /s/Donald C. Ashmanskas
                Donald C. Ashmanskas
                United States Magistrate Judge